IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00407-PAB-BNB | Date: June 1, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| JAMES C. FRANKS, | James Preston |
| Plaintiff(s), | |
| v. | |
| FLINT McCLUNG CAPITAL, LLC (actually named as Flint-McClung Capital, LLC) | |
| SHAWON McCLUNG, | Adam Aldrich |
| BRYAN FLINT, and dba | Pro Se |
| HEIDI ARNDT, | Pro Se |
| Defendant(s). | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:    1:30 p.m.

Appearances of counsel. Pro se defendants did not appear.

Court's opening remarks.

Initial Rule 26(a)(1) disclosures will be made by plaintiff on June 3, 2011.

Deadline for joinder of parties and amendment of pleadings is: **June 17, 2011**

Discovery cut-off is: **November 18, 2011**

The dispositive motion deadline is: **December 5, 2011**

The parties shall designate all experts no later than: **September 19, 2011**

-1-

The parties shall designate all rebuttal experts no later than: **October 19, 2011**

All written discovery must be served so that responses are due on or before discovery cut off.

Settlement Conference will be set at the request of the parties.

Pretrial Conference shall be held **February 1, 2012 at 1:30 p.m.**   A proposed Pretrial Order shall be submitted on or before **January 25, 2012.**

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

**ORDERED:   Motion for entry of protective order [Doc. #25; filed 5/17/11] is granted for reasons stated on the record.**

Court in Recess:        1:58 p.m.        Hearing concluded.     Total time in court: 00:28

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.