IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00407-PAB-BNB

JAMES FRANKS,

Plaintiff,

v.

FLINT-MCCLUNG CAPITAL, LLC,
SHAWON MCCLUNG and
BRYANT FLINT d/b/a, and
HEIDI ARNDT,

Defendants.

---

## ORDER

---

This matter arises on the **Motion to Withdraw as Counsel for Defendant Shawon McClung** [Doc. # 117, filed 11/29/2011] (the "Motion to Withdraw"). I held a hearing on the Motion to Withdraw this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)      The Motion to Withdraw [Doc. # 117] is GRANTED. Adam F. Aldrich and the law firm of Bennington, Johnson, Biermann & Craigmile, LLC, are relieved of any continuing obligation in the case; and

(2)      Mr. McClung is cautioned that he personally is responsible for complying with all court orders and time limitations established by any applicable rules. D.C.COLO.LCivR 83.3D. Failure to comply may result in the imposition of sanctions including, potentially, the entry of a default judgment against him.

Dated December 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge