IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00407-PAB-BNB

JAMES C. FRANKS,

    Plaintiff,

v.

FLINT-MCCLUNG CAPITAL, LLC.,
SHAWON MCCLUNG,
BRYAN FLINT dba, and
HEIDI ARNDT,

    Defendants.

## ORDER

This matter is before the Court on the Status Report [Docket No. 187] filed by plaintiff James C. Franks. On August 28, 2012, the Court issued an Order extending the administrative closure of this case [Docket No. 185] and informed the parties that, in the absence of a request to reopen the case or to extend the administrative closure upon a showing of good cause, this matter would be dismissed without further notice on March 1, 2013. Docket No. 185 at 2. In his status report, plaintiff requests that the Court extend the administrative closure in this case.

The Court finds that there is good cause to continue the administrative closure of this case.

Accordingly, it is

**ORDERED** that this case shall remain administratively closed pursuant to D.C.COLO.LCivR 41.2. It is further

**ORDERED** that, on September 1, 2013, the parties shall file status reports regarding this case. If no party files a status report, the case will be dismissed without prejudice.

DATED March 1, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge